# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-07125 |
| JEREMY JOHNSON | Philip Ogden |

**THE DEFENDANT:**

Pleaded guilty to counts One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 6/27/2006 | 1 |

     The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining violations are dismissed with prejudice.

     IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

9/6/2006
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer
U.S. Magistrate Judge
Name & Title of Judicial Officer

9/12/2006
Date

Page Two
Jeremy Johnson

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $300.00 | |
| **TOTALS** | $10.00 | $300.00 | $0.00 |

Defendant is sentenced to ten (10) days jail suspended for six months. Defendant shall complete Level II Drug/Alcohol Awareness to be completed in the next six months. Defendant shall bear the expense of the alcohol education.

Defendant's fine shall be paid in installments of $50.00 per month over the next six months.